**IN THE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| Billy Ray Wooldridge, on behalf of himself and all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:19-cv-00053-HLM-WEJ |
| Gateway Transportation of Georgia, Inc., | § § § | |
| Defendant. | § § | |

## ORDER

Pending before the Court is the Plaintiffs' and Defendant's (the "Parties") Joint Motion to Certify a Limited Collective Action and Approve Settlement (the "Motion"). After reviewing the Motion, the Court finds that the Parties consented to consideration of that Motion by the undersigned and that the Motion should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED that the Motion is granted. The Court hereby certifies a collective action under the Fair Labor Standards Act consisting of only Named Plaintiff, Billy Ray Wooldridge, and Opt-in Plaintiffs Daniel Crider, Christopher Crumbley, Charles Dillard, and Michael Dowdy. Having reviewed the Motion and Settlement Agreement attached to the Motion, the Court hereby determines that the Settlement Agreement is a fair and reasonable resolution

of a bona fide dispute over FLSA claims in this lawsuit between the Parties. The Court hereby approves that Settlement Agreement and ORDERS that the terms therein be satisfied by the Parties. It is further ORDERED that all claims asserted against Defendant in this lawsuit are hereby dismissed with prejudice in accordance with the terms of the Settlement Agreement, with all costs taxed against the parties incurring same and all attorneys' fees borne by the parties incurring same except as otherwise provided in the Settlement Agreement. The Court retains jurisdiction over this litigation and the Parties to administer, supervise, interpret, and enforce the Settlement Agreement and this Order.

IT IS SO ORDERED, this the 31st day of October, 2019.

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE